1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| MICHAEL DEVANEY, NICHOLAS ARRIETA, and SARA YBERRA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>GOOGLE LLC and ALPHABET INC.,<br><br>Defendants. | Case No. 5:20-cv-04130<br><br>**STIPULATION REGARDING DEFENDANTS' DEADLINE TO RESPOND TO THE COMPLAINT** |

Pursuant to Civil Local Rule 6-1(a), plaintiffs Michael Devaney, Nicholas Arrieta, and Sara Yberra ("Plaintiffs"), and defendants Google LLC and Alphabet Inc. ("Defendants"), stipulate as follows:

WHEREAS, Plaintiffs served Defendants with the complaint on June 25, 2020, and Defendants' deadline to answer or otherwise respond to the complaint is July 16, 2020;

WHEREAS, Plaintiffs designated this action as related to an earlier filed, similar and overlapping class action complaint filed on May 27, 2020, encaptioned *Grand Atlas Tours, et. al. v. Google LLC*, Case No. 5:20-cv-03556 (N.D. Cal.) ("*Grand Atlas*"), and pending in this Court before Judge Freeman;

WHEREAS, the parties agree that this action should be reassigned to Judge Freeman, before whom the earlier-filed, related *Grand Atlas* is pending, and shall jointly contact the Clerk of Court to accomplish the same;

WHEREAS, in the interim, Defendants request an extension of time to respond to the complaint so that Defendants may meet and confer with Plaintiffs in both actions regarding the process for the filing of a consolidated amended class action complaint which would obviate the need for Defendants to respond to the complaint in this action. Plaintiffs do not object to Defendants' request;

WHEREAS, there have been no other requests for extensions of time;

WHEREAS, the extension will not alter the date of any event or deadline already fixed by Court order;

NOW THEREFORE, pursuant to Local Rule 6-1(a), the parties through their respective counsel hereby stipulate as follows:

(1) The deadline for Defendants to answer or otherwise respond to the complaint is extended to August 14, 2020; and

(2) In the event Defendants answer or otherwise respond to any proposed class action complaint that shares a common nucleus of operative facts and law with Plaintiffs' complaint in this or any other Court before August 14, 2020, Defendants shall simultaneously answer or respond to Plaintiffs' complaint in this action.

**IT IS SO STIPULATED.**

Dated: July 10, 2020                                              Respectfully submitted,

By:  \_\_\_/s/   Theodore W. Maya_____
Tina Wolfson, SBN 174806
twolfson@ahdootwolfson.com
Theodore W. Maya, SBN 223242
tmaya@ahdootwolfson.com
Christopher E. Stiner, SBN 276033
cstiner@ahdootwolfson.com
**AHDOOT & WOLFSON, PC**
10728 Lindbrook Drive
Los Angeles, California 90024
Telephone: (310) 474-9111
Facsimile: (310) 474-8585

*Attorneys for Plaintiffs*

By: \_*/s/ John E. Schmidtlein*\_\_\_
John E. Schmidtlein (State Bar No. 163520)
**WILLIAMS & CONNOLLY LLP**
725 12th Street, N.W.
Washington, D.C. 20005
Tel: (202) 434-5000
Fax: (202) 434-5029
jschmidtlein@wc.com

*Attorneys for Defendants Google LLC and Alphabet Inc.*

### ATTESTATION

I, John E. Schmidtlein, am the ECF User whose ID and password are being used to file this document.  In compliance with Civil L.R. 5-1(i)(3), I hereby attest that all counsel have concurred in this filing.

*/s/ John E. Schmidtlein*