1  John E. Schmidtlein (CA State Bar No. 163520)
   WILLIAMS & CONNOLLY LLP
2  725 Twelfth Street, N.W.
   Washington, DC 20005
3  Telephone: (202) 434-5000
   Facsimile: (202) 434-5029
4  Email: jschmidtlein@wc.com

5  *Attorney for Defendants Google LLC and
   Alphabet Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL DEVANEY, et al., | Case No. 5:20-cv-04130-JSC |
| Plaintiffs, | |
| v. | **DEFENDANTS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| GOOGLE LLC and ALPHABET INC. | |
| Defendants. | |
| | Hon. Jacqueline Scott Corley |

1   Pursuant to Federal Rule of Civil Procedure 7.1, Defendants disclose the following:

2   Google LLC is a subsidiary of XXVI Holdings Inc., which is a subsidiary of Alphabet Inc., a
3   publicly traded company.  No publicly traded company holds more than 10% of Alphabet Inc.'s
4   stock.

5   Pursuant to Civil Local Rule 3-15, the undersigned certifies that the following listed persons,
6   associations of persons, firms, partnerships, corporations (including parent corporations) or other
7   entities (i) have a financial interest in the subject matter in controversy or in a party to the
8   proceeding, or (ii) have a non-financial interest in the subject matter or in a party that could be
9   substantially affected by the outcome of this proceeding:

10       1. Google LLC
11       2. XXVI Holdings Inc., Holding Company of Google LLC
12       3. Alphabet Inc., Holding Company of XXVI Holdings Inc.

14  DATED:  July 10, 2020                **WILLIAMS & CONNOLLY LLP**

By: /s/ John E. Schmidtlein
John E. Schmidtlein (CA State Bar No. 163520)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
Telephone:  (202) 434-5000
Facsimile:  (202) 434-5029
Email:  jschmidtlein@wc.com

*Attorney for Defendants Google LLC and Alphabet Inc.*

- 1 -