Dena C. Sharp (State Bar No. 245869)
Jordan Elias (State Bar No. 228731)
Adam E. Polk (State Bar No. 273000)
Scott M. Grzenczyk (State Bar No. 279309)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, California 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846
dsharp@girardsharp.com
jelias@girardsharp.com
apolk@girardsharp.com
scottg@girardsharp.com

Tina Wolfson (SBN 174806)
Theodore W. Maya (SBN 223242)
Christopher E. Stiner (SBN 276033)
Rachel Johnson (SBN 331351)
**AHDOOT & WOLFSON, PC**
10728 Lindbrook Drive
Los Angeles, California 90024
Telephone: (310) 474-9111
Facsimile: (310) 474-8585
*twolfson@ahdootwolfson.com*
*tmaya@ahdootwolfson.com*
*cstiner@ahdootwolfson.com*

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| GRAND ATLAS TOURS, SUREFREIGHT GLOBAL LLC DBA PRANA PETS, and HANSON LAW FIRM, PC, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC and ALPHABET INC.,<br><br>Defendants.<br><br>*Additional Case on Next Page* | Case No. 5:20-cv-03556-BLF<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER FOR CONSOLIDATION AND SETTING DEADLINES** |

| | |
|---|---|
| MICHAEL DEVANEY, NICHOLAS ARRIETA, and SARA YBERRA, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>GOOGLE LLC and ALPHABET INC.,<br><br>　　　　Defendants. | Case No. 5:20-cv-04130-BLF |

1  WHEREAS, there are two related proposed class actions currently pending before this Court: (1) *Grand Atlas Tours et al. v. Google LLC et al.*, Case No. 5:20-cv-03556-BLF (N.D. Cal. filed May 27, 2020) (the "*Grand Atlas* Action"); and (2) *Devaney et al. v. Google LLC et al.*, Case No. 5:20-cv-04130-BLF (N.D. Cal. filed June 22, 2020) (the "*Devaney* Action").

WHEREAS, Plaintiffs in the *Grand Atlas*, and *Devaney* Actions, along with Defendants Google LLC and Alphabet Inc., (together, the "parties"), by and through their respective counsel, agree that consolidation of the *Grand Atlas* and *Devaney* Actions is appropriate because the Actions involve common questions of law and fact in that each involves materially similar claims that Defendants have engaged in anticompetitive conduct in digital advertising, resulting in alleged damages to Plaintiffs who allege that they purchased and overpaid for digital advertising services from Defendants;

WHEREAS, on July 21, 2020, the Court granted Defendants' unopposed administrative motion to consider whether the *Grand Atlas* and *Devaney* Actions should be related (Dkt. No. 24);

WHEREAS, Defendants Google LLC and Alphabet Inc. are currently obligated to respond to the *Grand Atlas* and *Devaney* complaints on August 14, 2020, pursuant to the Parties' Joint Stipulation Extending Time to Respond to the Complaint, filed July 10, 2020 (*Devaney* Action Dkt. No. 11);

WHEREAS, in view of the parties' stipulation to consolidate, the parties propose, subject to Court approval, that this Action proceed on the following schedule: Plaintiffs will file a consolidated complaint within 45 days after entry of an order consolidating the *Grand Atlas* and *Devaney* Actions; Defendants will answer or otherwise respond within 45 days after the filing of the consolidated complaint; if the response is by motion, Plaintiffs' opposition will be due 45 days after the motion is filed; and Defendant's reply will be due 30 days after the opposition is filed;

WHEREAS, while the *Grand Atlas* and *Devaney* Actions are the only proposed class actions filed to date arising out of similar claims that Defendants have committed antitrust violations in the digital advertising market that the parties are aware of; and

WHEREAS, the parties agree that if Defendants answer, move, or otherwise respond to any other action arising out of the same or similar operative facts as the *Grand Atlas* and *Devaney* Actions before their deadline to respond to the consolidated complaint, they must concurrently answer, move, or

1

JOINT STIPULATION AND [PROPOSED] ORDER FOR CONSOLIDATION AND SETTING DEADLINES
CASE NO. 5:20-cv-03356-BLF

1 | respond to: (1) the consolidated complaint; or (2) if the consolidated complaint has not been filed, the complaints in the *Grand Atlas* and *Devaney* Actions;

NOW THEREFORE, the parties through their respective counsel and subject to the Court's approval hereby stipulate that:

1. The following Actions pending in this District, and any other action arising out of the same or similar operative facts now pending or hereafter filed in, removed to, or transferred to this District shall be consolidated for all purposes, including pretrial proceedings, trial, and appeal, pursuant to Federal Rule of Civil Procedure 42(a) (hereafter the "Consolidated Action");

- *Grand Atlas Tours et al. v. Google LLC et al.*, Case No. 5:20-cv-03556-BLF; and
- *Devaney et al. v. Google LLC et al.*, Case No. 5:20-cv-04130-BLF.

2. All papers filed in the Consolidated Action must be filed under Case No. 5:20-cv-03556-BLF, the number assigned to the first-filed case, and must bear the following caption:

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| *In re Google Digital Advertising Antitrust Litigation* | Case No. 5:20-cv-03556-BLF |
|---|---|

3. The case file for the Consolidated Action will be maintained under Master File No. 5:20-cv-03556-BLF.

4. The Clerk is directed to administratively close the following related case:

- *Devaney et al. v. Google LLC et al.*, Case No. 5:20-cv-04130-BLF

5. Any proposed class action subsequently filed in, transferred or removed to this Court that arises out of the same or similar operative facts as the Consolidated Action will be consolidated with the Consolidated Action.

6. The following deadlines will be set: Plaintiffs will file a consolidated complaint within 45 days after entry of an order consolidating the *Grand Atlas* and *Devaney* Actions; Defendants will answer or otherwise respond within 45 days after the filing of the consolidated complaint; if the response is by

motion, Plaintiffs' opposition will be due 45 days after the motion is filed; and Defendants' replies will be due 30 days after the opposition is filed.

7. If, during the course of the schedule outlined in paragraph 6, Defendants answer, respond, or move to dismiss a complaint relating to claims arising out of the same or similar operative facts as the *Grand Atlas* and *Devaney* Actions, Defendants will answer, move, or otherwise respond to: (1) the consolidated complaint; or (2) if no consolidated complaint has been filed, the complaints in the *Grand Atlas* and *Devaney* Actions no later than the same date on which Defendants respond to the other action(s).

**IT IS SO STIPULATED.**

Dated: August 11, 2020                    Respectfully submitted,

                                          By:    /s/ *Dena C. Sharp*

                                          Dena C. Sharp (State Bar No. 245869)
                                          Jordan Elias (State Bar No. 228731)
                                          Adam E. Polk (State Bar No. 273000)
                                          Scott M. Grzenczyk (State Bar No. 279309)
                                          **GIRARD SHARP LLP**
                                          601 California Street, Suite 1400
                                          San Francisco, California 94108
                                          Telephone: (415) 981-4800
                                          Facsimile: (415) 981-4846
                                          *dsharp@girardsharp.com*
                                          *jelias@girardsharp.com*
                                          *apolk@girardsharp.com*
                                          *scottg@girardsharp.com*

                                          *Attorneys for Plaintiffs Grand atlas tours, Surefreight Global LLC DBA Prana Pets, and Hanson Law Firm, PC*

Dated: August 11, 2020                    By:    /s/ *Tina Wolfson*
                                          Tina Wolfson (SBN 174806)
                                          Theodore W. Maya (SBN 223242)
                                          Christopher E. Stiner (SBN 276033)
                                          Rachel Johnson (SBN 331351)
                                          **AHDOOT & WOLFSON, PC**

|   |   |
|---|---|
|   | 10728 Lindbrook Drive<br>Los Angeles, California 90024<br>Telephone: (310) 474-9111<br>Facsimile: (310) 474-8585<br>twolfson@ahdootwolfson.com<br>tmaya@ahdootwolfson.com<br>cstiner@ahdootwolfson.com<br><br>*Attorneys for Plaintiffs Michael Devaney, Nicholas Arrieta, and Sara Yberra* |
| Dated: August 11, 2020 | By:   */s/ John E. Schmidtlein*<br><br>John E. Schmidtlein (CA State Bar No. 163520)<br>**WILLIAMS & CONNOLLY LLP**<br>725 Twelfth Street, N.W.<br>Washington, DC 20005<br>Telephone: (202) 434-5000<br>Facsimile: (202) 434-5029<br>jschmidtlein@wc.com<br><br>*Attorney for Defendants Google LLC and Alphabet Inc.* |

### **FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), regarding signatures, I, Dena C. Sharp, attest that concurrence in the filing of this document has been obtained.

Dated:  August 11, 2020                                                    */s/ Dena C. Sharp*
                                                                                           Dena C. Sharp


### **[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____                        _____
                                                                    HONORABLE BETH LABSON FREEMAN
                                                                    UNITED STATES MAGISTRATE JUDGE